**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **TERRI PEPPER,** § § § | |
| Plaintiff, § § | **Civil Action No.:** |
| v. § § | **4:20-cv-2621** |
| **HARD TACK, LLC d/b/a DEALER RENEWAL SERVICES, MATRIX WARRANTY SOLUTIONS, INC., MATRIX FINANCIAL SERVICES, LLC, SING FOR SERVICES, LLC d/b/a MEPCO, and PAYMENT PLANS PLUS, LLC,** § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendant. § § | |

## CERTIFICATE OF INTERESTED PERSONS

To the best of Plaintiff's knowledge, the only persons subject to disclosure are Plaintiff, Terri Pepper, her undersigned counsel, and Defendants. Upon information and belief, Defendants are not publicly held companies.

DATED: July 24, 2020

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Attorney-in-Charge for Plaintiff
Texas Bar No. 24107506
Federal Bar No. 1477508
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: teamkimmel@creditlaw.com

1

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2020, I electronically filed the foregoing document with clerk of the U.S. District Court, Southern District of Texas using the electronic case filing system of the court.

DATED:  July 24, 2020

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Attorney-in-Charge for Plaintiff
Texas Bar No. 24107506
Federal Bar No. 1477508
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: teamkimmel@creditlaw.com