United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRI PEPPER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02621 |
| | § | |
| HARD TACK, LLC d/b/a DEALER RENEWAL SERVICES | § | |
| and | § | |
| MATRIX WARRANTY SOLUTIONS, INC. | § | |
| and | § | |
| MATRIX FINANCIAL SERVICES, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Upon review of the default judgment motion filed by the plaintiff (Dkt. No. 30), Terri Pepper and any response thereto, it is hereby ORDERED that the plaintiff's motion is GRANTED. Default Judgment shall be entered against defendant Hard Tack, LLC d/b/a Dealer Renewal Services and Payment Plans Plus, LLC in the amount of $70,465.50, jointly and severally.

It is so ORDERED.

SIGNED on this 28th day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge